■ AVENTURA MALLS VENTURE et al., Appellants, v PETRIE STORES CORPORATION et al., Respondents. [671 NYS2d 247] —Order, Supreme Court, New York County (Herman Cahn, J.), entered April 9, 1997, unanimously affirmed for the reasons

stated by Cahn, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Milonas, Williams, Mazzarelli and Saxe, JJ.